## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Karen Dieter | } | |
| | } | |
| v. | } | Case No. 07 CV 6467 |
| | } | |
| Honeywell International, Inc. | } | |

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REASSIGNMENT

It appearing that the above-captioned case number, 07 CV 6467 has been assigned to the calendar of Judge Norgle in error as it is a Western Division case; it is recommended that the assignment of case number 07 CV 6467 be reassigned to the calendar of Judge Kapala of the Western Division.

MICHAEL W. DOBBINS, CLERK

Dated: November 15, 2007        C. Mercado, Deputy Clerk

*********************************************************************

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above-captioned case be reassignment to the calendar of Judge Kapala of the Western Division.

ENTER:

FOR THE EXECUTIVE COMMITTEE

Chief Judge

Dated: NOV 1 6 2007