IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Karen Dieter, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Frederick J. Kapala |
| | ) | |
| v. | ) | Case No. 07-06467 |
| | ) | |
| Honeywell International Inc. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Rene Hernandez, Esq.
      Law Office of Rene Hernandez, P.C.
      1625 E. State St.
      Rockford, IL 61104
      renesone@aol.com

**PLEASE TAKE NOTICE** that on Friday, November 30, 2006, at 9:00 a.m., or as soon thereafter as we can be heard, we shall appear before the Honorable Judge Kapala, or any judge sitting in his stead, in Courtroom 220 of 211 S. Court St., Rockford, Illinois, and present DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, a copy of which is attached and hereby served upon you.

Respectfully Submitted,

HONEYWELL INTERNATIONAL, INC.

By:   s/ Michael D. Ray

Case 1:07-cv-06467   Document 8   Filed 11/19/2007   Page 2 of 3

                                                    One of its Attorneys

Michael H. Cramer (ARDC No. 6199313)
Michael D. Ray (ARDC No. 6285109)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
20 S. Clark St.,  25th Floor
Chicago, IL  60603
312-558-1220
Dated: November 19, 2007

Case 1:07-cv-06467   Document 8   Filed 11/19/2007   Page 2 of 3

                                                    One of its Attorneys

Michael H. Cramer (ARDC No. 6199313)
Michael D. Ray (ARDC No. 6285109)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
20 S. Clark St.,  25th Floor
Chicago, IL  60603
312-558-1220
Dated: November 19, 2007

Case 1:07-cv-06467   Document 8   Filed 11/19/2007   Page 2 of 3

**Certificate of Service**

The undersigned attorney hereby certifies that on November 19, 2007, the foregoing NOTICE OF MOTION, DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD was filed electronically. Notice of this filing will be sent via the Court's electronic filing system to:

> Rene Hernandez, Esq.
> Law Office of Rene Hernandez, P.C.
> 1625 E. State St.
> Rockford, IL 61104
> renesone@aol.com

s/ Michael D. Ray

5342386.1