UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Karen Dieter
                            Plaintiff,

v.                                          Case No.: 1:07−cv−06467
                                                     Honorable Frederick J. Kapala

Honeywell International, Inc.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 21, 2007:

      MINUTE entry before Judge Frederick J. Kapala : Notice of motion set for November 30, 2007 at 9:00 a.m. is stricken as agreed motions for extension of time to answer or otherwise plead do not require presentment. Motion referred to Magistrate Mahoney for ruling.Electronic/Telephoned notice(sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.