## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6467 | **DATE** | 11/27/2007 |
| **CASE TITLE** | Dieter vs. Honeywell | | |

**DOCKET ENTRY TEXT:**

Defendant's agreed motion for extension of time to December 3, 2007 to answer or otherwise plead is granted. Initial status hearing set for 9:00 a.m. on December 14, 2007.

*[Signature: Frederick J. Kapala]*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | sw |
|---|---|---|