# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Karen Dieter
                          Plaintiff,

v.                                        Case No.: 1:07−cv−06467
                                                   Honorable Frederick J. Kapala

Honeywell International, Inc.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 14, 2007:

      MINUTE entry before Judge Frederick J. Kapala :Status hearing held and continued to 1/4/2008 at 09:00 AM. Parties' proposed case management order due January 2, 2008.Mailed notice(sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.