**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Karen Dieter
                        Plaintiff,

v.                                          Case No.: 1:07−cv−06467
                                                                  Honorable Frederick J. Kapala

Honeywell International, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable Frederick J. Kapala: Attorney Rene Hernandez has a scheduling conflict. Discovery conference set for May 23, 2008 is cancelled. Attorney Hernandez to contact this court's minute clerk on May 23, 2008 to reschedule.Telephoned notice(sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.