## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6467 | **DATE** | 6/6/2008 |
| **CASE TITLE** | Dieter vs. Honeywell | | |

**DOCKET ENTRY TEXT:**

Discovery conference held and continued to 9:00 a.m. on June 27, 2008, at which time parties will report on the status of settlement negotiations. Case stayed until next court date.

*[signature: Frederick J. Kapala]*

Notices mailed by Judicial staff.

00:30

| | Courtroom Deputy Initials: | sw |
|---|---|---|