## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6467 | **DATE** | 6/27/2008 |
| **CASE TITLE** | Dieter vs. Honeywell | | |

**DOCKET ENTRY TEXT:**

Discovery conference held. Parties to submit proposed case management order, including a proposed discovery schedule, on or before July 8, 2008.

*[signature]*

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | sw |
|---|---|---|