# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6467 | **DATE** | 8/20/2008 |
| **CASE TITLE** | Dieter vs. Honeywell | | |

**DOCKET ENTRY TEXT:**

Parties' have contacted the court to request an extension of time to file the stipulation to dismiss. Stipulation to dismiss due August 29, 2008. If the parties fail to file the required stipulation to dismiss and this court does not extend the period of time for filing the stipulation to dismiss, the Clerk's Office is directed to enter an order of dismissal with prejudice and judgment.

*[signature: Frederick J. Kapala]*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | sw |
|---|---|---|