IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| **Karen Deiter,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Judge Kapala** |
| | ) | |
| v. | ) | **Case No. 07-06467** |
| | ) | |
| **Honeywell International Inc.** | ) | |
| | ) | |
| **Defendant,** | ) | |

## JOINT MOTION TO EXTEND DATE TO FILE STIPULATION TO DISMISS

NOW COMES, the parties via their respective attorneys setting forth this Motion to Extend Date to File Stipulation to Dismiss, and in support of states as follows:

1. The Court has previously granted the parties and extension of time to file a Stipulation to Dismiss as the final settlement documents could not be perfected in the time allotted.

2. That because of the Parties settling Karen Deiter's Federal claim and Illinois Workers Compensation claims this matter has taken more time to perfect the final settlement documents.

3. The Parties have been diligent in trying to resolve all outstanding issues.

4. The Parties move this Court jointly to Extend the Date to File the Stipulation to Dismiss an additional two weeks to September 12, 2008.

WHEREFORE, the Parties pray this Honorable Court grant their request and extend the time to file the stipulation to dismiss to September 12, 2008.

Respectfully submitted,

/s/ Rene Hernandez
Law Office of Rene Hernandez, P.C.
1625 East State Steet
Rockford, Il 61104

/s/ Michael D. Ray
Ogletree, Deakins, Nash, Smoak &
Stewart, P.C.
Two First National Plaza
20 South Clark Street
Twenty-fifth Floor
Chicago, Il 60603
(312) 558-1256