## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6467 | **DATE** | 9/4/2008 |
| **CASE TITLE** | Deiter vs. Honeywell | | |

**DOCKET ENTRY TEXT:**

Parties' joint motion to extend date to file stipulation to dismiss to September 12, 2008 is granted.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | sw |
|---|---|---|

Case 1:07-cv-06467  Document 25  Filed 09/04/2008  Page 1 of 1

07C6467 Deiter vs. Honeywell                                    Page 1 of 1