IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Karen Dieter, | ) |
| | ) |
|     Plaintiff, | )    Judge Kapala |
| | ) |
| v. | )    Case No. 07-06467 |
| | ) |
| Honeywell International Inc. | ) |
| | ) |
|     Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Karen Dieter and Defendant Honeywell International, Inc., pursuant to Fed.R.Civ.P. 41 (a)(1)(ii), hereby stipulate and agree that Plaintiff Karen Dieter's claims in the above-captioned matter shall be dismissed with prejudice in their entirety, with each party bearing its own costs and attorneys' fees.

| | |
|---|---|
| /s/ Rene Hernandez | /s/ Michael D. Ray |
| Rene Hernandez, Esq. | Michael D. Ray (6285109) |
| Law Offices of Rene Hernandez, P.C. | OGLETREE, DEAKINS, NASH, SMOAK & |
| Rockford, IL 61104 | STEWART, P.C. |
| | Two First National Plaza |
| | Twenty-Fifth Floor |
| | 20 South Clark Street |
| | Chicago, Illinois 60603-1891 |
| | (312)558-1220 |
| ATTORNEY FOR PLAINTIFF KAREN DIETER | ATTORNEYS FOR DEFENDANT HONEYWELL INTERNATIONAL, INC. |

6645638.1 (OGLETREE)